APPLICANT       **LARRY DONELL FARROW**     APPLICATION NO. <u>WR-81,225-01</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

**DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.**

_____       4/22/15
JUDGE                                                    DATE